UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ELAINE AUSTIN** | **CASE NO. 6:24-CV-00782** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GEOVERA SPECIALTY INSURANCE CO.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## PARTIAL JUDGMENT

The partial Motion to Dismiss [ECF No. 13], filed by Defendant Geovera Specialty Insurance Company, was referred to Magistrate Judge David J. Ayo for Report and Recommendation ("R&R"). After a de novo review of the record and noting the absence of any objections filed with respect to the R&R, the Court adopts the R&R in its entirety. Accordingly,

IT IS HEREBY ORDERED that the partial Motion to Dismiss is GRANTED, and to the extent Plaintiff asserts claims arising from the March 22, 2022 windstorm, such claims are DISMISSED with prejudice.

THUS DONE in Chambers on this 27th day of March, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE